ACCEPTED
12-14-00176-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/24/2015 2:20:16 PM
CATHY LUSK
CLERK

## IN THE TWELFTH COURT OF APPEALS
## IN TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/24/2015 2:20:16 PM
CATHY S. LUSK
CLERK

**TRENT MUMPHREY** §
    **Appellant**

V. § CASE NO. 12-14-00176-CR

TRIAL COURT NO. 114-0005-13

THE STATE OF TEXAS
    Appellee §

### FOURTH MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, TRENT MUMPHREY , the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

### I.

The Appellant in this cause was convicted in the 114th District Court, Smith County, Texas in cause number 114-0005-13 for the offense of Aggravated Robbery.  On April 4, 2014, punishment was assessed at life in TDCJ.

### II.

The Reporter's record was filed on December 2, 2014. The Appellant's Brief is due on or about March 25, 2015.

### III.

The Appellant hereby requests a fourth extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

On March 5, 2015, this counsel had surgery, performed by Dr. Dennis Poe, M.D., of the Harvard Medical School, at the Massachusetts Eye and Ear Infirmary, a division of Massachusetts General Hospital and a part of the Harvard Medical School hospital system. As noted in documentation previously submitted to this Court, the reason for traveling to Boston for this procedure to be performed amounts to Dr. Poe being the doctor who recently originated the procedure, and, to date, only a very few other doctors anywhere attempt even a version of it. While the surgery so far appears to be proving successful, this cannot be ascertained with any certainty until approximately four weeks out. In addition to the Eustachian-tuboplasty, however, Dr. Poe encountered pre-existing damage, and infection, in both ears, resulting from the long-term condition the surgery seeks to correct. Dr. Poe performed some remedial work to alleviate this, but has indicated that more surgery will be required. When and what this surgery may be depends in great part on the outlook after a few more weeks have passed, regarding the results of the procedure performed on March 5. The follow-up appointment is set for April 5, 2015. A summary, by Dr. Poe, of these procedures is attached.

In addition, this counsel notes that the record of the instant case is voluminous, with the Reporter's Record encompassing fifteen volumes. This counsel played no role in the trial of the case, and had no knowledge of the case at all prior to being retained for the appellate phase of the litigation. Therefore a very careful review of the entire record becomes critical.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional thirty (30) days, to April 24, 2015.

RESPECTFULLY SUBMITTED,

__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

**CERTIFICATE OF SERVICE**

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 3-24-14

__/s/ Clement Dunn_____
Attorney for Appellant

## IN THE TWELFTH COURT OF APPEALS
## IN TYLER, TEXAS

| | | |
|---|---|---|
| **TRENT MUMPHREY** | § | |
| **Appellant** | | |
| | | |
| VI. | § | CASE NO. 12-14-00176-CR |
| | | TRIAL COURT NO. 114-0005-13 |
| THE STATE OF TEXAS | | |
| Appellee | § | |

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Fourth Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

2015.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 2015, at

_____ o'clock_____.

SIGNED:

_____

JUDGE PRESIDING

# THE HUMAN EAR



Mastoid Air Cells
Malleus
Incus
Stapes
Inner Ear-Balance
Facial Nerve
Balance Nerve
Hearing Nerve
Ear Drum -
pocket
Inner Ear—Hearing
← Bony portion
cartilage portion (ballooned)
Eustachian Tube
Facial Nerve

**THE EAR DRUM**

(R) Eardrum
infection worse than yesterday, ½ full of mucus (fluid) removed
Rx eardrops            by myringotomy

(L) Eardrum - 3 retraction pockets (no change)
      myringotomy - removed fluid
      withdrew 2 pockets to try to prevent
            developing skin cyst (cholesteatoma)
Balloon dilations - both sides
      Passed guidewire thro bony E.T. - met resistance on (L)
            - tiny hole in eardrum
            on (R) allowed to
            suction mucus
            that was not seen.